No. 442. NATIONAL SURETY Co. *v.* TOPEKA. November 14, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. H. L. McCune* and

*Henry L. Jost* for petitioner.   *Mr. Thomas F. Doran* for respondent.